Victor de Gyarfas (SBN 171950)
email: vdegyarfas@foley.com
**Foley & Lardner LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
iTouchless Housewares and Products, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEHUMAN, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ITOUCHLESS HOUSEWARES AND PRODUCTS, INC., a California corporation,<br><br>Defendant. | Case No: 4: 19-CV-2701-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS IN CONNECTION WITH DEFENDANT'S MOTION TO DISMISS**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Haywood S. Gilliam, Jr. |

STIP. TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS IN CONNECTION WITH DEFENDANT'S MOTION TO DISMISS
Case No: 4: 19-CV-2701-HSG

4836-0052-4191.1

In response to Plaintiff's Amended Complaint (Doc. 19) filed on July 12, 2019, Defendant filed a motion to dismiss (Doc. 24) on July 26, 2019. That motion is scheduled to be heard January 9, 2020. Pursuant to L.R. 7-3, the July 26, 2019 filing date triggers a Friday, August 9, 2019, Opposition due date and an August 16, 2019, Reply due date. Defendants' counsel, Victor de Gyarfas, will be out of the country on vacation August 10-16, 2019. *See* de Gyarfas Dec. filed herewith.

Because Defendant's counsel will be on vacation during the time period when the Reply would be due, Defendant's counsel has requested, and Plaintiff's counsel has agreed, subject to the approval of this Honorable Court, that the briefing schedule be modified as follows, with no change in the hearing date:

Opposition due date: August 16, 2019

Reply due date: August 23, 2019

No previous modifications of time with respect to this motion have been requested or granted. The only other time change in this case was a 14 day extension of time to respond to the initial complaint. (Doc. 13).

Defendant submits that if the requested time change is not granted, Defendant will suffer substantial harm and prejudice in that it will not have adequate time to prepare the Reply. Defendant further submits that no substantial harm or prejudice will occur to any party if the requested time change is granted.

1

STIP. TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS IN CONNECTION WITH DEFENDANT'S MOTION TO DISMISS
Case No: 4: 19-CV-2701-HSG

4836-0052-4191.1

For the foregoing reasons, the parties respectfully request that the Opposition and Reply due dates be modified as set forth herein.

IT IS SO STIPULATED,

Dated: August 6, 2019                By: /s/ Victor de Gyarfas
                                         Victor de Gyarfas
                                         FOLEY & LARDNER LLP
                                         Attorneys for Defendant
                                         iTouchless Housewares And Products, Inc.

                                     KNOBBE, MARTENS, OLSON & BEAR, LLP

                                     By: */s/ Ali S. Razai*
                                         Paul A. Stewart
                                         Ali S. Razai
                                         Nicole R. Townes
                                         Brandon F. Smith
                                         Attorneys for Plaintiff,
                                         simplehuman, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 8/7/2019

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE