Victor de Gyarfas (SBN 171950)
email: vdegyarfas@foley.com
**Foley & Lardner LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
iTouchless Housewares and Products, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEHUMAN, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ITOUCHLESS HOUSEWARES AND PRODUCTS, INC., a California corporation,<br><br>Defendant. | CASE No: 4: 19-CV-2701-HSG<br><br>**STIPULATION AND ORDER CHANGING DATE OF HEARING AND CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR OCTOBER 17, 2019 TO OCTOBER 31, 2019 AT 2:00 P.M.**<br><br>Date: N/A<br>Time: N/A  Judge: Hon. Haywood S. Gilliam, Jr. |

STIP. CHANGING DATE OF HEARING AND CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR OCTOBER 17, 2019
Case No: 4: 19-CV-2701-HSG

4847-0239-5805.1

Pursuant to the Court's Order dated October 10, 2019, the parties stipulate, subject to the approval of this Honorable Court, to continue the in-person hearing on Defendant's motion to dismiss (Doc. 24) and the case management conference previously set for October 17, 2019 to October 31, 2019 at 2:00 p.m.

IT IS SO STIPULATED,

Dated: October 11, 2019

By: /s/ Victor de Gyarfas
Victor de Gyarfas
FOLEY & LARDNER LLP
Attorneys for Defendant
iTouchless Housewares And Products, Inc.

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: */s/ Paul A. Stewart*
Paul A. Stewart
Ali S. Razai
Nicole R. Townes
Brandon F. Smith
Attorneys for Plaintiff,
simplehuman, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 10/15/2019

UNITED STATES DISTRICT JUDGE

1

STIP. CHANGING DATE OF HEARING AND CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR OCTOBER 17, 2019
Case No: 4: 19-CV-2701-HSG

4847-0239-5805.1