Paul A. Stewart (SBN 153,467)
paul.stewart@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Jared C. Bunker (SBN 246,946)
Jared.Bunker@knobbe.com
Nicole R. Townes (SBN 272,342)
nicole.townes@knobbe.com
Brandon G. Smith (SBN 307,676)
brandon.smith@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
simplehuman, LLC

Victor de Gyarfas (SBN 171,950)
vdegyarfas@foley.com
Tiffany K. Sung (SBN 323,700)
tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

Attorneys for Defendant
iTouchless Housewares and Products, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIMPLEHUMAN, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ITOUCHLESS HOUSEWARES AND PRODUCTS, INC., a California corporation,<br><br>Defendant. | Civil Action No. 4:19-cv-02701-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT AND ORDER (as modified)** |

**STIPULATION TO FILE SECOND AMENDED COMPLAINT AND ORDER**  **Case No. 4:19-cv-02701-HSG**

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff simplehuman, LLC and Defendant iTouchless Housewares & Products, Inc., pursuant to Federal Rule of Civil Procedure 15(a)(2), that, subject to the Court's approval and Order, simplehuman may file an amended complaint, styled as the Second Amended Complaint, in the form attached hereto (Ex. 1).

The general purpose of this amendment is to consolidate two separate actions. simplehuman separately filed an action against iTouchless's CEO, Michael Shek (Case No. 4:20-cv-00754-HSG (the "Co-Pending Action"). The parties wish to streamline the disputes by dismissing the Co-Pending Action and consolidating the issues into this action.

The addition of these claims will not affect the case schedule. Because this action involves patent claims, the Court has set a schedule through claim construction proceedings, but has not yet set a date for the close of discovery or for dispositive motions. *See* Dkt. No. 45. The amendments in the Second Amended Complaint do not involve patent claims (they instead involve a request for injunctive relief for trademark infringement and a claim for trademark cancellation), so there will be no effect on the current schedule.

The parties also agree that the Second Amended Complaint will be deemed to have been filed on the day the Court signs and enters this Stipulation. The parties further agree that iTouchless and Mr. Shek will have 14 days from that date to respond to the Second Amended Complaint.

By agreeing to Plaintiff's filing of the Second Amended Complaint, Defendant does not agree to any of the allegations therein, and Defendant reserves the right to respond to the amended complaint pursuant to the Federal Rules.

|   |   |
|---|---|
| | Respectfully submitted, |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: March 24, 2020 | By: *Jared C. Bunker* <br> Paul A. Stewart <br> Ali S. Razai <br> Jared C. Bunker <br> Nicole R. Townes <br> Brandon G. Smith |
| | Attorneys for Plaintiff <br> simplehuman, LLC |
| | Respectfully submitted, |
| | FOLEY & LARDNER LLP |
| Dated: March 24, 2020 | By: *Victor de Gyarfas (with permission)* <br> Victor de Gyarfas <br> Tiffany Sung |
| | Attorneys for Defendant <br> iTouchless Housewares and Products, Inc. |

SO ORDERED except counsel for plaintiff is directed to e-file the amended complaint on the docket.

DATED: 3/25/2020

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE