1  Paul A. Stewart (SBN 153,467)
   paul.stewart@knobbe.com
2  Ali S. Razai (SBN 246,922)
   ali.razai@knobbe.com
3  Jared C. Bunker (SBN 246,946)
   Jared.Bunker@knobbe.com
4  Nicole R. Townes (SBN 272,342)
   nicole.townes@knobbe.com
5  Brandon G. Smith (SBN 307,676)
   brandon.smith@knobbe.com
6  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
7  Irvine, CA  92614
   Telephone:  (949) 760-0404
8  Facsimile:  (949) 760-9502

9  Attorneys for Plaintiff
   simplehuman, LLC
10
   Victor de Gyarfas (SBN 171,950)
11 vdegyarfas@foley.com
   Tiffany K. Sung (SBN 323,700)
12 tsung@foley.com
   **FOLEY & LARDNER LLP**
13 555 South Flower Street, Suite 3300
   Los Angeles, CA  90071
14 Telephone:  (213) 972-4500
   Facsimile:  (213) 486-0065
15
   Attorneys for Defendant
16 iTouchless Housewares and Products, Inc.

17          IN THE UNITED STATES DISTRICT COURT

18        FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                    OAKLAND DIVISION

20 SIMPLEHUMAN, LLC,                    ) Civil Action No. 4:19-cv-02701-HSG
   a California limited liability       )
21 company,                             )
                                        ) Honorable Haywood S. Gilliam, Jr.
22          Plaintiff,                  )
                                        ) **STIPULATION TO CONTINUE THE**
23       v.                             ) **ADR DEADLINE AND [~~PROPOSED~~]**
                                        ) **ORDER**
24 ITOUCHLESS HOUSEWARES                )
   AND PRODUCTS, INC.,                  )
25 a California corporation,            )
                                        )
26          Defendant.                  )
                                        )
27 _____     )

28

1   IT IS HEREBY STIPULATED AND AGREED, between Plaintiff
2   simplehuman, LLC and Defendant iTouchless Housewares & Products, Inc., to
3   continue the June 19, 2020 ADR deadline until 30 days after the Court issues a claim
4   construction order.

5   WHEREAS the parties agreed to mediation before a panel mediator pursuant
6   to L.R. 16-8 and ADR L.R. 3-5 in their Joint Case Management Statement (Dkt. No.
7   29);

8   WHEREAS the parties requested a Deadline to Complete ADR Proceedings
9   of June 19, 2020 (Dkt. No. 29);

10   WHEREAS on December 12, 2019, the parties submitted a stipulation and
11   proposed order selecting an ADR Process (Dkt. No. 42);

12   WHEREAS the Court granted the parties Stipulation and Order Selecting
13   ADR Process on December 16, 2019 and set a deadline for completion of mediation
14   of June 19, 2020 (Dkt. No. 44);

15   WHEREAS on April 8, 2020, the Court appointed Erik Olson as the panel
16   mediator (Dkt. No. 53);

17   WHEREAS due to delays the parties have not been able to adequately plan
18   and prepare for a productive mediation;

19   WHEREAS the parties agree that the goal of a productive mediation would
20   be furthered by extending the ADR deadline until 30 days after the Court issues its
21   claim construction order, to allow the parties and the mediator sufficient time to
22   prepare for the mediation; and

23   WHEREAS the parties agree that an extension of the ADR deadline will not
24   impact any other dates in the Court's Scheduling Order.

25   NOW THEREFORE, the parties hereby stipulate to and jointly request that
26   the Court extend the deadline to complete ADR proceedings until 30 days after the
27   Court issues its claim construction order, and enter an order setting 30 days after the
28   issuance of the Court's claim construction order, as the deadline for completion of

ADR proceedings.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  June 5, 2020                    By: *Paul A. Stewart*
                                            Paul A. Stewart
                                            Ali S. Razai
                                            Jared C. Bunker
                                            Nicole R. Townes
                                            Brandon G. Smith

                                        Attorneys for Plaintiff
                                        simplehuman, LLC

Respectfully submitted,

FOLEY & LARDNER LLP

Dated:  June 5, 2020                    By: *Victor de Gyarfas )with permission)*
                                            Victor de Gyarfas
                                            Tiffany Sung

                                        Attorneys for Defendant
                                        iTouchless Housewares and Products, Inc.

SO ORDERD, THIS ___8th____ DAY OF __June____, 2020.

_Haywood S. Gill, Jr._
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE