Paul A. Stewart (SBN 153,467)
paul.stewart@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Jared C. Bunker (SBN 246,946)
Jared.Bunker@knobbe.com
Nicole R. Townes (SBN 272,342)
nicole.townes@knobbe.com
Brandon G. Smith (SBN 307,676)
brandon.smith@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff
simplehuman, LLC

Victor de Gyarfas (SBN 171,950)
vdegyarfas@foley.com
Tiffany K. Sung (SBN 323,700)
tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA  90071
Telephone:  (213) 972-4500
Facsimile:  (213) 486-0065

Attorneys for Defendant
iTouchless Housewares and Products, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIMPLEHUMAN, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>ITOUCHLESS HOUSEWARES AND PRODUCTS, INC., a California corporation,<br><br>        Defendant. | Civil Action No. 4:19-cv-02701-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**STIPULATION TO ELIMINATE TECHNOLOGY TUTORIAL AND [PROPOSED] ORDER** |

1  IT IS HEREBY STIPULATED AND AGREED, between Plaintiff simplehuman, LLC and Defendant iTouchless Housewares & Products, Inc., to modify the case schedule to eliminate the technology tutorial currently scheduled for June 24, 2020 at 2:00 p.m.

WHEREAS the parties have fully briefed their claim construction disputes pursuant to the Court's Scheduling Order (Dkt. 45);

WHEREAS the Court's Scheduling Order includes a Technology Tutorial on June 24, 2020 at 2:00 p.m. (Dkt. 45);

WHEREAS the parties agree that the technology at this issue in this case can adequately be addressed during the Claim Construction Hearing on July 1, 2020 at 2:00 p.m. without lengthening the currently scheduled hearing;

WHEREAS the parties agree that no party will claim that they were prejudiced by the elimination of the Technology Tutorial or the reduction of oral argument time resulting from addressing the Court's technical questions during the Claim Construction Hearing; and

WHEREAS the parties agree that eliminating the Technology Tutorial will not impact any other dates in the Scheduling Order.

NOW THEREFORE, the parties hereby stipulate to and jointly request that the Court modify the case schedule to eliminate the technology tutorial that is currently scheduled for June 24, 2020 at 2:00 p.m., and to permit the parties to present any necessary technological details during the Claim Construction Hearing on July 1, 2020 at 2:00 p.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 10, 2020          By: *Paul A. Stewart*
                                  Paul A. Stewart
                                  Ali S. Razai
                                  Jared C. Bunker
                                  Nicole R. Townes
                                  Brandon G. Smith

Attorneys for Plaintiff
simplehuman, LLC

Respectfully submitted,

FOLEY & LARDNER LLP

Dated: June 10, 2020          By: *Victor de Gyarfas (with permission)*
                                  Victor de Gyarfas
                                  Tiffany Sung

Attorneys for Defendant
iTouchless Housewares and Products, Inc.

SO ORDERD, THIS ___11th___ DAY OF ___June___, 2020.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-2-