Victor de Gyarfas (SBN 171950)
email: vdegyarfas@foley.com
Tiffany K. Sung (SBN 323077)
email: tsung@foley.com
**Foley & Lardner LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: 213-972-4500
Facsimile:   213-486-0065

Attorneys for Defendants
iTouchless Housewares and Products, Inc.
and Michael Shek

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLEHUMAN, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ITOUCHLESS HOUSEWARES AND PRODUCTS, INC., a California corporation, and MICHAEL SHEK, an individual<br><br>Defendant. | CASE NO: 4: 19-CV-2701-HSG<br><br>**STIPULATION AND ORDER CHANGING BRIEFING SCHEDULE ON PLAINTIFF'S SUMMARY JUDGMENT MOTION CURRENTLY SET FOR APRIL 8, 2021 AT 2:00 P.M.**<br><br>Date:  N/A<br>Time:  N/A<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiff filed a motion for summary judgment on January 12, 2021, (Doc. 88) identifying a hearing date of April 8, 2021, Opposition due January 26, 2021, and replies due by February 2, 2021.

The parties have a mediation scheduled for January 19, 2021.  If the parties settle the case at mediation, there will be no need to prepare summary judgment briefing and Defendant would prefer to avoid that briefing expense before the mediation.

In view of the scheduled mediation, the parties stipulate to have the Opposition due two weeks after the mediation, on February 2, 2021, and the Reply due February 16, 2021.  Given that under the proposed schedule there will be more than seven weeks between the filing of the Reply and the April 8, 2021 hearing, no extension of the hearing date is requested.

The requested time modification would have no effect on the schedule for the case.  No previous time modifications for this brief schedule have been sought.

IT IS SO STIPULATED,

Dated:  January 14, 2021                    By:  /s/ Victor de Gyarfas
                                                 Victor de Gyarfas
                                                 FOLEY & LARDNER LLP
                                                 Attorneys for Defendant
                                                 iTouchless Housewares And Products, Inc.

                                            KNOBBE, MARTENS, OLSON & BEAR, LLP

                                            By: */s/ Jared C. Bunker (with permission)*
                                                 Paul A. Stewart
                                                 Ali S. Razai
                                                 Jared C. Bunker
                                                 Nicole R. Townes
                                                 Brandon G. Smith
                                                 Attorneys for Plaintiff,
                                                 simplehuman, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 1/15/2021                            [signature: Haywood S. Gilliam Jr.]
                                            UNITED STATES DISTRICT JUDGE