IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIMPLEHUMAN, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ITOUCHLESS HOUSEWARES AND PRODUCTS, INC., a California corporation, and MICHAEL SHEK, an individual,<br><br>Defendant. | Case No. 4:19-cv-02701-HSG<br><br>**ORDER GRANTING THE JOINT STIPULATION TO CONTINUE MARCH 16, 2021 CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Honorable Haywood S. Gilliam, Jr. |

Plaintiff simplehuman, LLC and Defendants iTouchless Housewares and Products, Inc. and Michael Shek have moved the Court to continue the Case management Conference set for March 16, 2021 to March 23, 2021.

Good cause being found the Case Management Conference set for March 16, 2021, is hereby moved to March 23, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:      3/9/2021

Honorable Haywood S. Gilliam, Jr.
United States District Judge

34557561