1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIMPLEHUMAN, LLC,<br>a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ITOUCHLESS HOUSEWARES AND PRODUCTS, INC.,<br>a California corporation, and<br>MICHAEL SHEK, an individual,<br><br>Defendants. | ) Civil Action No. 4:19-cv-02701-HSG<br>)<br>) Honorable Haywood S. Gilliam, Jr.<br>)<br>) **ORDER**<br>) **GRANTING STIPULATION OF**<br>) **DISMISSAL PURSUANT TO**<br>) **FED. R. CIV. P. 41(a)(1)(A)(ii)**<br>)<br>)<br>)<br>)<br>) |

Plaintiff simplehuman, LLC and Defendants iTouchless Housewares and Products, Inc. and Michael Shek have moved the Court to Dismiss the matter with prejudice.

Good cause being found, all claims and defenses currently pending in the above-captioned action are hereby dismissed with prejudice.

Parties shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 3/15/2021

*[signature]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge

34593310